**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Swampscott, MA **Category No.** II **Investigating Agency** ATF

**City** Swampscott/Marlborough

**County** Essex/Middlesex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______

Same Defendant ______ New Defendant ______

Magistrate Judge Case Number 26-MJ-1467 DLC

Search Warrant Case Number ______

R 20/R 40 from District of ______

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ______ ☐ Yes ☐ No

**Defendant Information:**

Defendant Name Haroldo Rodrigues-Jardim Neto Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ______

Address: ______

Birth date (Yr only): 1998 SSN (last 4#): 9827 Sex: Male Race ______ Nationality: Brazilian

**Defense Counsel if known:** ______ Address: ______

Bar Number: ______

**U.S. Attorney Information**

AUSA: J. Aidan Lang Bar Number if applicable: ______

**Interpreter:** ☑ Yes ☐ No List language and/or dialect: Portugese

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☑ In Custody

**Location Status:** ______

**Arrest Date:** ______

☐ Already in Federal Custody as of ______ in ______ .

☑ Already in State Custody at Hartford Correctional Center ☐ Serving Sentence ☒ Awaiting Trial

☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/3/2026 Signature of AUSA: */s/J. Aidan Lang*

**District Court Case Number** (To be filled in by deputy clerk): ____________

**Name of Defendant** Haroldo Rodrigues-Jardim Neto

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 844(i) | Arson of private property | 1 |
| Set 2 | 18 U.S.C. § 844(i) | Arson of private property | 2 |
| Set 3 | 18 U.S.C § 844(f) | Arson of federal property | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**