**AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT**

I, Special Agent Vanessa Flick, being sworn, state as follows:

**INTRODUCTION**

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I have been an ATF Special Agent since 2022. During that time, I have worked on investigations involving suspected violations of federal firearms, arson, and explosive laws. Prior to my employment as Special Agent with the ATF, I was a police officer in Seattle, Washington for approximately twelve years. Currently, I am assigned to a group in the Boston Field Division of the ATF that, in part, works with other federal, state, and local police departments to investigate and prosecute violations of the federal firearms, arson and explosives laws. In 2023, I attended and completed Advanced Arson and Explosives Investigator training at the National Center for Explosives Training and Research ("NCETR") in Huntsville, Alabama.

2. Based on my training and experience as an ATF Special Agent, I am familiar with federal arson laws. In this regard, I know that it is a violation of 18 U.S.C. § 844(i) to maliciously damage or destroy, by means of fire or an explosive, any building, vehicle, or other real or personal property used in interstate or foreign commerce. I also know that it is a violation of 18 U.S.C § 844(f) to maliciously damage or destroy, or attempt to damage or destroy, by means of fire or an explosive, any building, vehicle, or other personal or real property in whole or in part owned or possessed by, or leased to, the United States, or any department or agency thereof, or any institution or organization receiving federal financial assistance.

3. This affidavit is submitted in support of a complaint against defendant Haroldo Rodrigues-Jardim Neto ("RODRIGUES-JARDIM NETO"). As set forth below, there is probable cause to believe that, on or about October 7, 2026, RODRIGUES-JARDIM NETO violated 18 U.S.C. § 844(i) and 18 U.S.C. § 844(f) by maliciously setting fire to: (i) a multifamily residential

rental property in Swampscott, Massachusetts; (ii) a privately-owned motor vehicle in Marlborough, Massachusetts; and (iii) a United States Postal Service ("USPS") vehicle in Marlborough.

**PROBABLE CAUSE**

***Swampscott Arson***

4. At approximately 3:00 AM on October 7, 2026, the Swampscott Police Department ("SPD") was dispatched to a structure fire located at [redacted] Erie Street. This address is a multifamily residential property located near Swampscott's border with Lynn, Massachusetts. The property's owner, VICTIM-1, lives in one unit and rents the other unit to two families. As pictured below, both units are accessible via a shared front porch on the first story.



5. When SPD detectives arrived at Erie Street, fire suppression efforts by the Swampscott Fire Department had concluded. Officers observed that the fire appeared to have been contained near the front of the building, with significant damage to the first-floor front porch. At

the scene, officers learned that video surveillance footage from a nearby doorbell camera had captured the incident.

6. Officers reviewed this video of the incident, which reflects that, at approximately 2:00 AM, a sedan had turned onto Erie Street from Pine Street in Swampscott. The vehicle parked for a brief period before continuing forward on Erie Street toward Eastern Avenue in Lynn. Approximately two minutes later, the same vehicle again turned onto Erie Street from Pine Street, appearing to have looped around the block. At approximately 2:03 AM, the vehicle parked on Erie Street. Movement could be seen around the vehicle and, at 2:04 AM, a flash of light appeared. The video then captures an individual moving away from the direction of the flash, returning to the parked vehicle, and driving toward Eastern Avenue in Lynn. A map of the area is included below (a red pin denotes where the fire occurred), along with a still image of the flash:






7. Massachusetts State Police ("MSP") fire investigators responded to the scene and preliminarily determined that the fire had originated on the shared first-floor front porch. An MSP ignitable detection K-9 deployed to the scene and alerted to the presence of ignitable liquids around the front porch. Based in part on these findings, MSP preliminarily concluded that the cause of the fire was incendiary (*i.e.*, the fire had been intentionally set).

8. SPD also spoke with the owner of [redacted] Erie Street, VICTIM-1 He relayed that his sister-in-law ("VICTIM-2") rented one of the units [redacted]. VICTIM-1 informed the officer that there had been a prior domestic violence incident between RODRIGUES-JARDIM NETO and VICTIM-2 that had resulted in RODRIGUES-JARDIM NETO'S arrest. VICTIM-1 had reviewed the above-described surveillance footage, and he indicated that the sedan captured in that footage resembled RODRIGUES-JARDIM NETO's car.

9. Later that morning, after SPD officers returned to the station, they received a phone call from VICTIM-1 and his wife. VICTIM-1's wife relayed that RODRIGUES-JARDIM NETO is currently subject to electronic location monitoring ("ELMO") and required to wear a Global Positioning System ("GPS") bracelet to ensure his compliance with a civil restraining order involving VICTIM-1's sister-in-law. That restraining order—which I have reviewed—was issued on May 27, 2026 and prohibits RODRIGUES-JARDIM NETO from entering within 100 yards of VICTIM-2's place of residence. VICTIM-1's wife told police that she had just been notified by the Haverhill District Court Probation Department (the "Haverhill Probation Department") that RODRIGUES-JARDIM NETO had entered the exclusion zone on Erie Street at approximately 2:00 AM.

10. Shortly thereafter, SPD spoke with the Haverhill Probation Department directly, who advised that ELMO data indicated RODRIGUES-JARDIM NETO had traveled from Connecticut—where he had been living—to Swampscott earlier that day. Furthermore, according to the Haverhill Probation Department, the ELMO data placed RODRIGUES-JARDIM NETO in the area of the [redacted] Erie Street's front porch at 2:04 AM—exactly where and when the fire is

believed to have originated—with an estimated accuracy range of approximately one meter. I have since reviewed the ELMO data and confirmed the accuracy of this information.

11. SPD subsequently learned that RODRIGUES-JARDIM NETO was also a person of interest in two arsons that had occurred in Marlborough, Massachusetts approximately one hour after the Swampscott fire. The Marlborough Police Department ("MPD") provided the SPD with registration information concerning a motor vehicle they had linked to RODRIGUES-JARDIM NETO (discussed below ¶ ¶ 17-18). At SPD's request, the Lynn Police Department obtained information captured by automated license plate readers, which showed that RODRIGUES-JARDIM NETO's vehicle was captured traveling northbound on the VFW Parkway in Revere at 1:52 AM, and two minutes later, crossing the General Edwards Drawbridge between Revere and Lynn. That travel pattern is consistent with RODRIGUES-JARDIM NETO traveling toward Erie Street—which is approximately 3.3 miles from the bridge—and arriving around 2:00 AM, when the suspect's vehicle was first observed circling the block.

12. RODRIGUES-JARDIM NETO's vehicle was next captured on the VFW Parkway southbound—*i.e.*, traveling away from Swampscott—at 2:12 AM, approximately 8 minutes after the fire began at 7/9 Erie Street.

***Marlborough Arsons***

13. At approximately 3:17 AM on October 7, 2026, MPD officers were dispatched to [redacted] Frye Street, Marlborough, Massachusetts for a report of a vehicle fire. When officers arrived, they observed a white Mercedes Benz engulfed in flames. Witnesses described hearing a loud boom and seeing a gray or dark-colored vehicle traveling nearby.

14. At approximately 3:23 AM, MPD officers received a dispatch for a separate vehicle fire at the United States Post Office ("USPO") branch located at 20 Florence Street in

Marlborough. When MPD officers arrived, they observed a USPS vehicle burning in the USPO's parking lot. An image of the fire follows:



15. Witnesses told MPD officers that they had observed a silver/gray sedan pull into the parking lot and reverse toward the USPS vehicle. Witnesses reported seeing one male exit the sedan with a red gas can in his hand and begin pouring a liquid over the USPS vehicle.

16. Officers corroborated this information with nearby surveillance footage from Marlborough City Hall, which captured a silver sedan entering the USPS building's parking lot. The sedan then backed up toward the USPS vehicle and a male suspect exited from the driver's side of the sedan. The suspect approached the USPS vehicle and began pouring a liquid around the vehicle, igniting it from the rear of the vehicle. After lighting the fire, the suspect tossed a red gas can under the front of the burning USPS vehicle. He then reentered his sedan and departed the parking lot at approximately 3:20 AM.

17. Using data captured by automated license plate readers, the MPD identified a silver sedan bearing a Connecticut license plate BR60941, which appeared to resemble the vehicle that witnesses observed near where both fires occurred. Queries of law enforcement databases for this vehicle reflected that the car was registered to a Connecticut owner and indicated that an MSP trooper had stopped the vehicle shortly before its arrival in Marlborough. The MSP trooper

reported that he was working on the Massachusetts Turnpike near Route 495 when the vehicle passed his location traveling at approximately 100 miles per hour. The trooper conducted a traffic stop and issued a citation to the sole occupant, RODRIGUES-JARDIM NETO, at approximately 3:00 AM. The MSP trooper indicated that RODRIGUES-JARDIM NETO was wearing a GPS ankle bracelet.

18. MPD investigators subsequently obtained surveillance footage from a gas station on Lakeside Avenue in Marlborough, which showed RODRIGUES-JARDIM NETO arriving in a silver sedan around 3:05 AM. He pumped gas into his vehicle before filling a red gas can that he had retrieved from inside the vehicle. RODRIGUES-JARDIM NETO then left the gas station—which is roughly two miles from the scene of the first Marlborough fire—approximately eight minutes before officers were dispatched to that fire. Images taken from the gas station's surveillance footage are included below; RODRIGUES-JARDIM NETO's GPS ankle bracelet is visible on his left leg, and the red gas can is also pictured.




19. MPD investigators subsequently obtained ELMO data from RODRIGUES-JARDIM NETO's GPS data, which I have since reviewed. The data reflects the following information regarding RODRIGUES-JARDIM NETO's travel on the morning of October 7, 2026:

a. At approximately 12:25 AM, RODRIGUES-JARDIM NETO's GPS ankle bracelet transmitted a location signal near his residence in Hartford, Connecticut.

b. At approximately 12:37 AM, RODRIGUES-JARDIM NETO's GPS ankle bracelet transmitted a location signal on Interstate 84 (eastbound).

c. At approximately 1:59 AM, RODRIGUES-JARDIM NETO's GPS ankle bracelet transmitted a location signal near Swampscott's border with Lynn.

d. At approximately 2:04 AM, RODRIGUES-JARDIM NETO's GPS ankle bracelet transmitted a location signal near the front porch of [redacted] Erie Street.

e. At approximately 2:12 AM, RODRIGUES-JARDIM NETO's GPS ankle bracelet transmitted a location signal on the VFW Parkway in Revere, in the area where his vehicle was captured by automated license plate readers.

f. At approximately 2:47 AM, RODRIGUES-JARDIM NETO's GPS ankle bracelet transmitted a location signal on Route 495 North, near the location of MSP's traffic stop.

g. At approximately 3:07 AM, RODRIGUES-JARDIM NETO's GPS ankle bracelet transmitted a location signal at the gas station on Lakeside Avenue in Marlborough where RODRIGUES-JARDIM NETO was captured on surveillance footage filling a red gas can.

h. At approximately 3:14 AM, RODRIGUES-JARDIM NETO's GPS ankle bracelet transmitted a location signal at [redacted] Frye Street, the location of the first reported vehicle fire.[1]

---

[1] [redacted]

i. At approximately 3:20 AM, RODRIGUES-JARDIM NETO's GPS ankle bracelet transmitted a location signal at the Marlborough USPO on Florence Street, the location of the USPS vehicle fire.

20. At approximately 4:49 AM, RODRIGUES-JARDIM NETO's GPS ankle bracelet transmitted a location signal in Hartford, Connecticut. He was arrested by the Hartford Police Department on unrelated charges the next day. *See State v. Rodrigues-Jardim Neto,* H14H-CR26-0780045-S (Hartford GA 14). At the time of RODRIGUES-JARDIM NETO's arrest, he was wearing a red baseball hat, similar to the one he is pictured wearing in the surveillance footage from the Marlborough gas station shortly before both vehicle fires. *See* ¶ 18.

**CONCLUSION**

21. Based on the foregoing information and on my training and experience, I submit that there is probable cause to believe that, on or about October 7, 2026, in the District of Massachusetts and elsewhere, Haroldo RODRIGUES-JARDIM NETO:

a. maliciously damaged or destroyed, or attempted to damage or destroy, by means of fire or an explosive, any building, vehicle, or other real or personal property used in interstate or foreign commerce, to wit, a multifamily residential rental property in Swampscott, Massachusetts and a privately-owned motor vehicle in Marlborough, Massachusetts, in violation of 18 U.S.C. § 844(i); and

b. maliciously damaged or destroyed, or attempted to damage or destroy, by means of fire or an explosive, any building, vehicle or other personal or real property in whole or in part owned or possessed by or leased to the United States, or any

[redacted]

department or agency thereof, or any institution or organization receiving federal financial assistance, to wit, a United States Postal Service vehicle, in violation of 18 U.S.C § 844(f).

Respectfully submitted,

Vanessa Flick DLC

Vanessa Flick
Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me by telephone in accordance with Fed. Rule Crim. P. 4.1 on November 3, 2026.

HON. DONALD L. CABELL
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS